**Arven MALCOM, Jr., individually and as a class of one, Appellant,**

v.

**Charles A. WOOLDRIDGE, individually and in his official capacity as Treatment Case Worker/Counselor at the Nebraska Center for Children and**

---

Youth, Lincoln, Nebraska; Unknown Defendant Case Workers/Counselors, at the Nebraska Center for Children and Youth, Lincoln, Nebraska; P. Stephen Potter, individually and in his official capacity as Public Defender for Dawson County, Nebraska; Lloyd G. Kaufman, individually and in his official capacity as County Judge for Dawson County, Nebraska; Lois Bliven, individually and in her official capacity as the Clerk Magistrate of the Dawson County Court in Dawson County, Nebraska; Kent E. Florom, individually and in his official capacity as County Judge for Dawson County, Nebraska; John H. Marsh, individually and in his official capacity as County Attorney for Dawson County, Nebraska; Michael F. Maloney, individually and in his official capacity as a Deputy County Attorney for Dawson County, Nebraska; J. Burke Smith, individually and in his official capacity as a Deputy County Attorney for Dawson County, Nebraska; Reg Dallman, individually and in his official capacity as Probation Officer for the County of Dawson, Nebraska; Mark Montgomery, individually and in his official capacity as a Deputy Sheriff for Dawson County, Nebraska; Bradley Christner, individually and in his official capacity as a Deputy Sheriff for Dawson County, Nebraska; Elizabeth Friedrichey Waterman, individually and in her official capacity as a defense attorney for plaintiff; Leonard P. Vyhnalek, individually and in his official capacity as a defense attorney for plaintiff; Donald E. Rowlands, II, individually and in his official capacity as District Court Judge in and for the District Court of Dawson County, Nebraska; Kurt R.

McBride, individually and in his official capacity as an appellate defense attorney for plaintiff; Colleen J. White, OCR, RPR, individually and in her official capacity as a District Court Reporter in and for the District Court of Dawson County, Nebraska, and for the District Court of Lincoln County, Nebraska; County of Dawson, Nebraska, a political subdivision, organized and existing in the State of Nebraska, Appellees.

No. 06–3529.

United States Court of Appeals, Eighth Circuit.

Submitted: July 30, 2008.

Filed: Aug. 7, 2008.

Arven Malcom, Jr., Nebraska State Penitentiary, Lincoln, NE, for Appellant.

Kevin K. Stephenson, Attorney General's Office, Lincoln, NE, for Charles A. Wooldridge, Reg Dallman.

William Thomas Wright, Jacobsen & Orr, Kearney, NE, for P. Stephen Potter, John H. Marsh, Michael F. Maloney, J. Burke Smith, Mark Montgomery, Bradley Christner, Elizabeth Friedrichey Waterman.

Milton A. Katskee, Katskee & Henatsch, Omaha, NE, for Leonard P. Vyhnalek.

Before MELLOY, COLLOTON, and SHEPHERD, Circuit Judges.

PER CURIAM.

Arven Malcom, Jr., appeals the adverse judgment entered by the district court[1] in

---

1. The Honorable Joseph F. Bataillon, Chief Judge, United States District Court for the

his 42 U.S.C. § 1983 action against private and government defendants who Malcom claimed violated his rights with regard to a 1992 state judgment of conviction that was later found to be invalid. Following careful de novo review, we affirm for the reasons provided by the district court. *See* 8th Cir. R. 47B.